**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward B. Wagner Jr. | Social Security number or ITIN  xxx–xx–4220 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jamie B. Rosenberg | Social Security number or ITIN  xxx–xx–7194 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–14881–ABA

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward B. Wagner Jr.                      Jamie B. Rosenberg

6/23/17                                                **By the court:**  Andrew B. Altenburg Jr.
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-14881-ABA
Edward B. Wagner, Jr.                                           Chapter 7
Jamie B. Rosenberg
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1         Date Rcvd: Jun 23, 2017
                               Form ID: 318             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.
```
db/jdb         +Edward B. Wagner, Jr.,    Jamie B. Rosenberg,    24 Spinning Wheel Lane,
                 Clementon, NJ 08021-5319
516698013      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516698016      +Phelan, Hallinan, Diamond & Jones PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516698017      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516698018       Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
516698019       Township of Gloucester,    1261 Chews Landing-Clementon Road,    Blackwood, NJ 08012
516698020      +Transnatl,    1162 St Georges Avenue,    Avenel, NJ 07001-1263
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2017 22:40:41      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2017 22:40:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516698012       E-mail/Text: bankruptcy.bnc@ditech.com Jun 23 2017 22:40:14      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
516698015      +E-mail/Text: jcokos@gtmua.com Jun 23 2017 22:41:06      GTMUA,    P.O. Box 216,
                 Glendora, NJ 08029-0216
516698014       E-mail/Text: bankruptcy.bnc@ditech.com Jun 23 2017 22:40:14      Green Tree,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Kevin C. Fayette    on behalf of Joint Debtor Jamie B. Rosenberg lawoffices@quigleyfayette.com
              Kevin C. Fayette    on behalf of Debtor Edward B. Wagner, Jr. lawoffices@quigleyfayette.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```